# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ANTONIO ISRAEL LAZO QUINTANILLA,** | ) <br> ) <br> ) |
| **Petitioner,** | ) <br> ) |
| **v.** | )    **Case No. CIV-26-797-G** |
| | ) |
| **FRED FIGUEROA, Warden,** <br> **Diamondback Correctional Facility,** <br> **et al.,** | ) <br> ) <br> ) <br> ) |
| **Respondents.** | ) <br> ) |

## ORDER

On April 13, 2026, Petitioner Antonio Israel Lazo Quintanilla filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241.  In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review.

On July 7, 2026, Judge Maxfield issued a Report and Recommendation ("R. & R.," Doc. No. 12), in which she recommended the Petition be denied as moot.  *See id.* at 2, 3-7; *see also* Resp'ts' Notice (Doc. No. 11).  In the R. & R., Judge Maxfield advised the parties of their right to object to the R. & R. by July 21, 2026.  Judge Maxfield also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R., sought leave for additional time to do so, or otherwise been in contact with the Court.

The undersigned agrees with the R. & R.'s finding that the claims raised by Petitioner are now moot.  *See* R. & R. at 6; *see also Singh v. Mullin*, No. CIV-26-556-D, 2026 WL 2058953, at *1-2 (W.D. Okla. July 16, 2026).  Pursuant to governing authority, however, the Petition shall be dismissed rather than denied on this basis.  *See Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011) ("The mootness doctrine provides that although there may be an actual and justiciable controversy at the time the litigation is commenced, once that controversy ceases to exist, the federal court must dismiss the action for want of jurisdiction." (internal quotation marks omitted)); *Singh*, 2026 WL 2058953, at *2.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 12) is ADOPTED as modified herein.

The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot.  A separate judgment shall be entered.

IT IS SO ORDERED this 10th day of August, 2026.

 

_____
CHARLES B. GOODWIN
United States District Judge

2